UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CLERK USDC EDWI
FILED
2022 MAY -3 P 4: 51

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEVEN M. STATHAS, JR.,

    Defendant.

Case No.
[18 U.S.C. §§ 2422(b) & 2260A]

22-CR-104

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

Beginning on or about September 1, 2021, and continuing through on or about November 29, 2021, in the State and Eastern District of Wisconsin and elsewhere,

**STEVEN M. STATHAS, JR.**

knowingly persuaded, induced, enticed, and coerced an individual who had not attained the age of 18 years, using facilities and means of interstate and foreign commerce including by computer, to engage in sexual activity for which any person can be charged with the criminal offense of Second Degree Sexual Assault of a Child, contrary to Section 948.02(2) of the Wisconsin Statutes.

In violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

Beginning on or about September 1, 2021, and continuing through on or about November 29, 2021, in the State and Eastern District of Wisconsin and elsewhere,

**STEVEN M. STATHAS, JR.**

knowingly committed a felony offense involving a minor under Title 18, United States Code, Section 2422(b), while being required by State of Wisconsin law to register as a sex offender.

In violation of Title 18, United States Code, Section 2260A.

2

## FORFEITURE NOTICE

Upon conviction of either count in the indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all visual depictions described in Title 18, United States Code, Sections 2252 and 2256, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2252, and shall forfeit any property, real or personal, used or intended to be used to commit or promote the commission of such offenses.

A TRUE BILL:

_____
FOREPERSON
Dated: 5/3/2022

for RICHARD G. FROHLING
United States Attorney

3